Larry Joseph ROBERTS, Respondent Below, Appellant,

v.

Kassie ROBERTS, Petitioner Below, Appellee.

No. 447, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017

Decided: March 29, 2017

Court Below—Family Court of the State of Delaware, File No. CN07–02922, Petition No. 15–37719

AFFIRMED.

Rayfus R. WHALEY, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 36, 2017

Supreme Court of Delaware.

Submitted: February 8, 2017

Decided: March 30, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1205025447

AFFIRMED.

Shmaar HARRIS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 554, 2016

Supreme Court of Delaware.

Submitted: March 13, 2017

Decided: March 30, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1602009724

AFFIRMED.

Nathaniel GONZALEZ, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 336, 2016

Supreme Court of Delaware.

Submitted: February 22, 2017

Decided: March 31, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1506000814

AFFIRMED.